NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMILY FORD,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-2294

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-5935, Judge William S. Greenberg, Judge Joseph L. Falvey, Jr., Judge Scott Laurer.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

March 2, 2023
 Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** March 2, 2023